**Fill in this information to identify your case:**

Debtor: ARNELL HOWARD
First Name   Middle Name   Last Name

Debtor 2 (Spouse If filing): _____
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 8:20-bk-00412-CPM

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 Name / Number Street / City State ZIP Code | |
| 2.2 Name / Number Street / City State ZIP Code | |
| 2.3 Name / Number Street / City State ZIP Code | |
| 2.4 Name / Number Street / City State ZIP Code | |
| 2.5 Name / Number Street / City State ZIP Code | |

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of ___

Debtor 1  ARNELL                     HOWARD           Case number (*if known*) 8:20-bk-00412-CPM
         First Name   Middle Name   Last Name

**Additional Page if You Have More Contracts or Leases**

| | **Person or company with whom you have the contract or lease** | **What the contract or lease is for** |
|---|---|---|
| 2.2 | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |
| 2._ | Name<br>Number  Street<br>City  State  ZIP Code | |

Official Form 106G          **Schedule G: Executory Contracts and Unexpired Leases**          page ___ of ___